PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

*FILED JUL 28 2004 — U.S. DISTRICT COURT S.D. OF N.Y.*

DOCKET NUMBER *(Tran. Court)*
00 CR 72

DOCKET NUMBER *(Rec. Court)*
CR04-30024

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Andrea Bou<br>30 Gill Street<br>Chicopee, MA 01013 | SOUTHERN DISTRICT OF NEW YORK | U.S. Probation |
| | NAME OF SENTENCING JUDGE | |
| | HONORABLE Kevin Thomas Duffy | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 11, 2002 — TO June 10, 2006 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Crack Cocaine, and Heroin, in violation of 21 USC 846 and 841; Aiding and Abetting the Dealing of Firearms, in violation of 18 USC 922

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Apr 3, 2004
*Date*                                                              *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5·5·04
*Effective Date*                                                    *United States District Judge*